

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2021

No. 04-20-00243-CV

**THE LAW OFFICE OF DENNIS HUNSBERGER PLLC**,
Appellant

v.

**PHYSICIAN LIFE CARE PLANNING, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04283
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
     Irene Rios, Justice
     Liza A. Rodriguez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court